JOSEPH LAWSON, JR., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Lawson* v. *N. Y. C. & H. R. R. R. Co.,* 154 App. Div. 890, affirmed.
(Argued June 18, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained

37

by plaintiff through the negligence of defendant, his employer.

*Robert A. Kutschbock, Martin Gilligan* and *Alexander S. Lyman* for appellant.

*Aaron P. Jetmore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Dissenting: COLLIN, J. Absent: WERNER, J.